UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-123-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOSEPH ERIC PENDER | ) | |

For good cause shown, the United States' motion to seal its proposed sealed motion is hereby GRANTED, except that copies shall be provided to the government and Defendant's attorney.

SO ORDERED. This 14 day of February 2013.

JAMES C. DEVER III
Chief United States District Judge