UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-123-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH ERIC PENDER | ORDER TO SEAL |

On motion of the Defendant, Joseph Eric Pender, and for good cause shown, it is hereby ORDERED that the **[DE 63]** be sealed until further notice by this Court.

IT IS SO ORDERED.

This __11__ day of ~~July~~ August, 2015.

_____
JAMES C. DEVER
Chief United States District Judge