IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-123-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOSEPH ERIC PENDER, | ) | |
| Defendant. | ) | |

For the reasons stated in the government's response in opposition [D.E. 108], the court DENIES defendant's motion for sentence reduction [D.E. 105].

SO ORDERED. This 11 day of May, 2022.

JAMES C. DEVER III
United States District Judge